IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LAWRENCE T. DOWNING,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0635

Opinion filed March 1, 2016.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Lawrence T. Downing, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

DISMISSED.  See Baker v. State, 878 So. 2d 1236 (Fla. 2004).

THOMAS, BILBREY, and KELSEY, JJ., CONCUR.